IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDREY BARZANTY, <br>     Plaintiff, <br><br> vs. <br><br> VERIZON PENNSYLVANIA, INC. and <br> ALLEN M. NEMETZ, <br>     Defendants. | 2:06cv879 <br> Electronic Filing <br><br> Judge Cercone <br> Magistrate Judge Mitchell |

## MEMORANDUM ORDER

AND NOW, this 6th day of December, 2007, after the plaintiff, Audrey Barzanty, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the remaining defendant, Verizon Pennsylvania, Inc., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff and the response to those objections filed by the defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 29), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for summary judgment submitted on behalf of Defendant, Verizon Pennsylvania, Inc. (Docket No. 18) is GRANTED

 

*David Stewart Cercone* (signature)

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Susan N. Williams, Esquire
Williams Law Offices
101 North Main Street
Suite 106
Greensburg, PA 15601

Catherine S. Ryan, Esquire
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219-1886